FILED

03/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0594

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0594

TOWN OF EKALAKA

       Plaintiff/Appellee,

  v.

EKALAKA VOLUNTEER FIRE
DEPARTMENT, INC.

       Defendant/Appellant.

**ORDER ON
MOTION TO CONTINUE
DEADLINE FOR FILING
OPENING BRIEF**

**UPON REVIEW** of the Motion and good cause appearing therein the time

for the Appellant's Opening Brief is extended to May 15th, 2021.

    DATED this _____ day of _____ 2021.


                                 _____
                                 Justice, Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2021